# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PENNY DEFALICO,

    Plaintiff,

v.

FMA ALLIANCE LTD,

    Defendant.

Case No. 18-CV-559-JPS

**ORDER**

On December 26, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to any party. (Docket #38). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties' various pending motions will be denied as moot. (Docket #22, #31, #33, and #34).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #38) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party; and

**IT IS FURTHER ORDERED** that the parties' pending motions (Docket #22, #31, #33, and #34) be and the same are hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 28th day of December, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge